UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIOLDALISA VARGAS DICUPE,

             Plaintiff,                                 16-CV-903-V

     -v-

                                                ORDER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.
_____

      Plaintiff Fioldalisa Vargas Dicupe has submitted to this Court a Complaint (Docket Item 1), along with a Motion to Proceed *In Forma Pauperis* and a Supporting Affirmation (Docket Item 2) pursuant to Title 28, United States Code, Section 1915.  The affirmation in support of the Motion to Proceed *In Forma Pauperis* has been reviewed by the Court in accordance with the requirements set forth in Title 28, United States Code, Section 1915(a)(1), and the complaint has been reviewed by the Court with respect to the criteria set forth in Title 28, United States Code, Section 1915(e)(2).

      This Court finds that plaintiff has met the statutory requirements for *in forma pauperis* status, and therefore permission to proceed *in forma pauperis* is granted.  The Clerk of Court is directed to file plaintiff's papers without payment of fees.  The Clerk of Court is further directed to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant without plaintiff's

payment of fees.  If a monetary award is issued in plaintiff's favor, any unpaid fees may be recovered.

      SO ORDERED.

Dated:      Buffalo, New York, January 14, 2017

                                ***s/ Lawrence J. Vilardo***
                                LAWRENCE J. VILARDO
                                United States District Judge